**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIE OWENS,

    Petitioner,

v.                                        Case No. 3:14cv516/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 14, 2015. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. The amended petition for writ of habeas corpus (ECF No. 5) is **DENIED**.
3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of November 2015.

                                              *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            CHIEF UNITED STATES DISTRICT JUDGE**